**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| NICHE KNIGHT, | : | No. 340 EAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (COMMONWEALTH OF | : | |
| PENNSYLVANIA, NORRISTOWN STATE | : | |
| HOSPITAL), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.